THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES
HEANEY, Appellant.— Judgment of conviction of the County Court of
Queens county affirmed. No opinion. Jenks, P. J., Carr, Stapleton,
Rich and Putnam, JJ., concurred. ·

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GABRI-
ELLO IANNOTTA, Appellant.— Judgment of conviction of the County
Court of Kings county affirmed by default. Jenks, P. J., Carr, Mills, Rich
and Putnam, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLARENCE E. DARE,
Respondent, v. I. WILLETTS GARDNER, Appellant.— Order affirmed, with

---

* See Consol. Laws, chap. 49 (Laws of 1910, chap. 481), § 94, as since
amd.—[REP.

† Laws of 1908, chap. 452, art. 6, § 3.—[REP.

ten dollars costs and disbursements, on authority of *People ex rel. Dare* v. *Howell* (174 App. Div. 118), decided herewith.   Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

TILLIE TERWILLIGER, Respondent, v. CENTRAL HUDSON STEAMBOAT COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Stapleton, Mills, Rich and Putnam, JJ.

HARRY ZIMSKY, Respondent, v. LEVY DAIRY COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion. Present — Jenks, P. J., Carr, Mills, Rich and Putnam, JJ.